MANHATTAN SAVINGS INSTITUTION v. GOTTFRIED BAKING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES KLINGENBECK and Others, for Payment of Award Made for Parcels Nos. 50 and 51 on the Damage Map and in the Final Decree of the Supreme Court, as to Damage and Benefit, in the Proceeding to Acquire Title to East River Drive, from East 92nd Street to East 122nd Street in the Borough of Manhattan, City of New York. BURNS BROS. and Others. THE CITY OF NEW YORK and CHARLES KLINGENBECK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Glennon, Untermyer, Cohn and Callahan, JJ. [See 259 App. Div. 1007; Id. 1077.]

NICOLA MANISCALCO, an Infant, by JOHN MANISCALCO, His Guardian ad Litem, and JOHN MANISCALCO v. UNION DIME SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

AMELIA McGUIRK, as Administratrix, etc., of ELIZABETH McGUIRK, Deceased, v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. · Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THOMAS I. CUFF, as Trustee for Certain Bondholders of the HOT SPRINGS ELECTRIC LIGHT & POWER COMPANY, a Corporation Organized and Existing under and by Virtue of the Laws of the State of Wyoming, and Others v. HENRY T. CLARKE, as Trustee for HENRY T. CLARKE and JOHN T. CLARKE, Surviving Directors, now Trustees for CLARKE LAND & LOAN COMPANY, Dissolved, Impleaded, etc. NATHAN HAFFENBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MATILDA MILDENBERGER, as Administratrix, etc., of MINNA MILDENBERGER, Executrix of KARL MILDENBERGER, Deceased. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Situated on the Southerly Side of Lafayette Avenue, etc., Borough of The Bronx, City of New York, Duly Selected as a Site for Park Purposes According to Law. A. F. & G. REALTY CORPORATION. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

RYDER-POYNS, INC., v. ELEANOR H. RICHARDS; U. S. RADIATOR CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.